**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: Ex Parte Application of Benchmark Interest(Asia) Limited, Pursuant to 28 U.S.C. §1782

Case Number: 21-cv-2502

An appearance is hereby filed by the undersigned as attorney for:

Philip G. Groves

Attorney name (type or print): Andrew W. Vail

Firm: Jenner & Block LLP

Street address: 353 N Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6279951
(See item 3 in instructions)

Telephone Number: 312-840-8688

Email Address: avail@jenner.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 17, 2021

Attorney signature: S/ Andrew W. Vail
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015